NOVEMBER 16, 1961.

**No. 66218.**—F. H. Paul & Stein Bros., Inc., et al. *v.* United States, protests 60/17345, etc.
Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, NOVEMBER 21, 1961

**No. 66219.**—Barian Shipping Company, Inc., et al. *v.* United States, protests 60/13051, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 66220.**—Seedman International Corp. *v.* United States, protest 61/3220 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66221.**—Handcraft from Europe *v.* United States, protests 60/7352 and 60/7353 (San Francisco).